UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORVEX MANAGEMENT LP and RELATED FUND MANAGEMENT LLC,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>COMMONWEALTH REIT, BARRY M. PORTNOY, ADAM D. PORTNOY, JOSEPH L. MOREA, WILLIAM A. LAMKIN, and FREDERICK N. ZEYTOONJIAN,<br><br>　　　　　　Defendants. | **Civil Action No. 1:13-cv-10475**<br><br>**REQUEST FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY** |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Corvex Management LP and Related Fund Management LLC file this Application for Temporary Restraining Order and Expedited Discovery against Defendants Commonwealth REIT, Barry M. Portnoy, Adam D. Portnoy, Joseph L. Morea, William A. Lamkin, and Frederick N. Zeytoonjian.

## RELIEF REQUESTED

1. Plaintiffs Corvex Management LP and Related Fund Management LLC incorporate and reallege in full paragraphs 1 through 89 of the Complaint.

2. Plaintiffs are likely to succeed on the merits of this lawsuit.

3. Plaintiffs Corvex Management LP and Related Fund Management LLC will be irreparably harmed if the Equity Offering is allowed to close.

4. Plaintiffs Corvex Management LP and Related Fund Management LLC have demonstrated that the balance of equities tips decidedly in their favor.

5. Accordingly, Plaintiffs seek injunctive relief under Rule 65 of the Federal Rules of Civil Procedure.

6. Specifically, Plaintiff seeks an Order granting a Temporary Restraining Order (1) temporarily enjoining and restraining, until after the Court has had an opportunity to hold a hearing and rule on Plaintiffs' application for a preliminary injunction, Defendants from closing or otherwise consummating a proposed public offering of 34.5 million of its common shares scheduled to close early morning on Tuesday, March 5, 2013; (2) temporarily enjoining and restraining, until after the Court has had an opportunity to hold a hearing and rule on Plaintiffs' application for a preliminary injunction, any voting of new stock issued in the Equity Offering; (3) granting expedited discovery pursuant to Rules 26(d), 30(a), 34(b), and 36(a) of the Federal Rules of Civil Procedure, in preparation for a hearing on Plaintiffs' application for a preliminary injunction; and (4) declaring the arbitration provisions inserted by Defendants into Commonwealth's By Laws and into agreements entered into between, or involving Commonwealth and Reit Management & Research LLC ("RMR"), unenforceable.

For the reasons set forth above, Plaintiff respectfully requests that the Court issue a temporary restraining order restraining Defendant, as described above; that a preliminary injunction be issued, after notice to Defendants and an evidentiary hearing, as described above; and that a permanent injunction be issued, on final trial of this cause, as described above. Plaintiff also seeks any other and further relief, at law or in equity, to which it may be justly entitled.

## **CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)**

Counsel certifies that New York counsel has attempted in good faith to contact opposing counsel in an effort to resolve or narrow the issues.

## **REQUEST FOR ORAL ARGUMENT**

This Court has scheduled a hearing on March 4, 2013 at 12:00 p.m. on the application for temporary restraining order of Delaware County Employees Retirement Fund, Docket No. 1:13-cv-10405-DJC.  Plaintiffs in this action respectfully request an opportunity to be heard during the same hearing for oral argument on this Application.

DATED:  March 1, 2013                              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:
/s/ David E. Marder

David E. Marder (552485)

800 Boylston Street
25th Floor, Prudential Tower
Boston, MA  02199-7080
demarder@rkmc.com
Tel: 617-267-2300
Fax: 617-267-8288

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the above document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2013.

    /s/ David E. Marder
_____
David E. Marder
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor, Prudential Tower
Boston, MA  02199-7080
617-267-2300
demarder@rkmc.com

**ATTORNEY FOR PLAINTIFFS**