UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORVEX MANAGEMENT LP and RELATED FUND MANAGEMENT LLC,<br><br>                Plaintiffs,<br><br>  -against-<br><br>COMMONWEALTH REIT, BARRY M. PORTNOY, ADAM D. PORTNOY, JOSEPH L. MOREA, WILLIAM A. LAMKIN, and FREDERICK N. ZEYTOONJIAN,<br><br>                Defendants. | Civil Action No. 1:13-cv-10475 |

**MOTION FOR SHORT ORDER OF NOTICE
ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER
AND EXPEDITED DISCOVERY**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and L.R. 7.1(B)(1), Plaintiffs Corvex Management LP and Related Fund Management LLC respectfully request that this Court issue a Short Order of Notice on Plaintiffs' Application for Temporary Restraining Order and Expedited Discovery.

Unless a temporary restraining order is granted, Plaintiffs will suffer irreparable injury. In further support of this Motion, Plaintiffs rely on its Application for Temporary Restraining Order and Expedited Discovery.

WHEREFORE, Plaintiff hereby requests that the Court allow its Motion for Short Order of Notice.

## CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

Counsel certifies that New York counsel has attempted in good faith to contact opposing counsel in an effort to resolve or narrow the issues.

## REQUEST FOR ORAL ARGUMENT

This Court has scheduled a hearing on March 4, 2013 at 12:00 p.m. on the application for temporary restraining order of Delaware County Employees Retirement Fund, Docket No. 1:13-cv-10405-DJC.  Plaintiffs in this action respectfully request an opportunity to be heard on this Application during the argument scheduled for the Delaware County Employees Retirement Fund action at 12:00 p.m. on March 4, 2013.

DATED:  March 1, 2013                           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:
/s/ David E. Marder
_____
David E. Marder (552485)

800 Boylston Street
25th Floor, Prudential Tower
Boston, MA  02199-7080
demarder@rkmc.com
Tel: 617-267-2300
Fax: 617-267-8288

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the above document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2013.

        /s/ David E. Marder
        _____
        David E. Marder
        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
        800 Boylston Street
        25th Floor, Prudential Tower
        Boston, MA  02199-7080
        617-267-2300
        demarder@rkmc.com

        **ATTORNEY FOR PLAINTIFF**