UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORVEX MANAGEMENT LP and RELATED FUND MANAGEMENT, LLC,<br><br>                Plaintiffs,<br><br>  -against-<br><br>COMMONWEALTH REIT, BARRY M. PORTNOY, ADAM D. PORTNOY, JOSEPH L. MOREA, WILLIAM A. LAMKIN, and FREDERICK N. ZEYTOONJIAN,<br><br>                Defendants. | Civil Action No. 13-CV-10475 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Corvex Management LP and Related Fund Management LLC, by their undersigned attorneys, hereby voluntarily dismiss without prejudice the above-captioned action filed against Defendants CommonWealth REIT, Barry M. Portnoy, Adam D. Portnoy, Joseph L. Morea, William A. Lamkin, and Frederick N. Zeytoonjian.

DATED: June 5, 2013

                                            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                            By:    /s/ David E. Marder
                                            David E. Marder (552485)
                                            800 Boylston Street
                                            25th Floor, Prudential Tower
                                            Boston, MA 02199-7080
                                            demarder@rkmc.com
                                            Tel: 617-267-2300
                                            Fax: 617-267-8288

Adam H. Offenhartz (admitted *pro hac vice*)
James L. Hallowell
Aric H. Wu (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
aoffenhartz@gibsondunn.com
jhallowell@gibsondunn.com
awu@gibsondunn.com
Tel: 212-351-4000
Fax: 212-351-4035

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the above document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 5, 2013.

Courtesy copies were also sent via electronic mail and first class mail, postage prepaid to:

ROBERT S. SAUNDERS
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, DE 19801

JAMES R. CARROLL
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

/s/ David E. Marder
David E. Marder (552485)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street
25th Floor, Prudential Tower
Boston, MA 02199-7080
demarder@rkmc.com
Tel: 617-267-2300
Fax: 617-267-8288

**ATTORNEY FOR PLAINTIFFS**